WILLIAM G. WILSON, APPELLANT, *v.* WILLIAM H. GRANT, RESPONDENT.

Order affirmed, with costs.

Opinion by BARRETT, J.

---

OLIVER S. CARTER AND OTHERS, APPELLANTS, *v.* THE PACIFIC MAIL STEAMSHIP COMPANY, RESPONDENT.

Order modified, as directed in opinion, and affirmed, as modified, without costs.

Opinion PER CURIAM.

---

IN THE MATTER OF THOMAS H. WALTERS.

Motion for re-argument denied.

---

IN THE MATTER OF GUSTAVE A. BRAHE.

Order affirmed, with costs.

Opinion by BARRETT, J.

---

IN THE MATTER OF WILLIAM N. LOEW, AN ATTORNEY.

Petition denied.